UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-8238-DMG (JPRx) | Date | October 11, 2016 |

Title   *Victoria Niemi v. Equifax Information Services, LLC*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

Pursuant to the Scheduling and Case Management Order, pretrial documents are due 21 days before the date of the pretrial conference. [Doc. # 19.] The due date of September 27, 2016 has passed and no pretrial documents have been filed in this action.

Accordingly, the Court, on its own motion, orders Plaintiff to show cause in writing on or before **October 14, 2016** why this action should not be dismissed for lack of prosecution for failure to comply with Court Orders. No oral argument will be heard unless ordered by the Court. This action will be dismissed if Plaintiff's response is not filed by the date indicated above.

IT IS SO ORDERED.