UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 15-8238-DMG (JPRx) | Date | October 17, 2016 |
|---|---|---|---|
| Title | Victoria Niemi v. Equifax Information Services, LLC | | |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** IN CHAMBERS - ORDER AND NOTICE TO PARTIES

In light of the parties' Stipulation for Dismissal filed on October 15, 2016 [Doc. # 41], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and expenses. The order to show cause dated October 11, 2016 is DISCHARGED. [Doc. # 40.] All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.